```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

KENNETH WASHINGTON                                      PETITIONER

VS.                              CIVIL ACTION NO. 3:16CV5TSL-RHW

COPIAH COUNTY                                           RESPONDENT

ORDER

    This cause is before the court on the March 21, 2016 report and recommendation of Magistrate Judge Robert H. Walker, recommending that the court grant respondent's motion to dismiss Washington's § 2254 petition.  Washington has filed objections to the report and recommendation, and the court, having considered the objections, now concludes that they are not well taken and should be overruled and that the report and recommendation should be adopted as the opinion of the court.

    IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Robert H. Walker entered on March 21, 2016, be, and the same is hereby adopted as the finding of this court.  Accordingly, it is ordered that respondents' motion to dismiss is granted and the petition for writ of habeas corpus is hereby dismissed with prejudice.  It is further ordered that petitioner's motion for remedies in federal court is denied.

    It is further ordered that a certificate of appealability is denied because petitioner has failed to demonstrate that "jurists of reason would find it debatable whether [this] court was correct

in its procedural ruling," and has also failed to show that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right...." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 5th day of April, 2016.


　　　　　　　　　　/s/ Tom S. Lee
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE